IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KAREN L CHAGNON,

    Plaintiff,

v.                                     CASE NO. 1:17-cv-200-MW-GRJ

DEPT. OF VETERANS AFFAIRS,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to file an amended complaint and a motion for leave to proceed as a pauper on the Court's forms on or before September 28, 2017.  ECF No. 6.  The Court warned Plaintiff that failure to do so would result in a recommendation that this case be dismissed without further notice.  *Id*.  As of this date, Plaintiff has neither complied nor sought an extension of time to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 6th day of October 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**