IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KAREN L. CHAGNON,**

    **Plaintiff,**

v.                                               Case No. 1:17cv200-MW/GRJ

**DEPARTMENT OF
VETERAN AFFAIRS,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court. The Clerk shall close the file.

**SO ORDERED on November 6, 2017.**

                                        s/Mark E. Walker           
                                        **United States District Judge**